UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60231-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**TONY DEVON SPELLS**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Magistrate Judge Jonathan Goodman's Report and Recommendation on Change of Plea, entered on January 10, 2019 [ECF No. 53]. The Court has reviewed the Report for clear error and is in full agreement with Judge Goodman's recommendations. Therefore, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 53]** is **AFFIRMED AND ADOPTED**. Defendant, Tony Devon Spells' plea of guilty as to Count 2 is accepted, and Defendant is adjudicated guilty as to Count 2 of the Superseding Indictment. It is further

**ORDERED** that Defendant's sentencing hearing is scheduled for **March 20, 2019 at 8:30 a.m.** Counsel are informed that Defendant is expected to voluntarily surrender the date of sentencing should his sentence include incarceration. Extended surrender will not be considered unless the Defendant is actively cooperating with the Government and the Government requests an extension of Defendant's surrender date.

**DONE AND ORDERED** in Miami, Florida, this 11th day of January, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record